IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Interface IP Holdings LLC,<br><br>    Plaintiff,<br><br>v.<br><br>Fareportal, Inc.,<br><br>    Defendant. | C.A. No. 15-00304 (TBD)<br><br>JURY TRIAL DEMANDED |

## STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective counsel and subject to the approval of the Court, that the time within which Defendant Fareportal, Inc. shall respond to the Complaint for Patent Infringement is extended from the current deadline of May 4, 2015 until and including June 3, 2015.

Dated: April 24, 2015

| | |
|---|---|
| */s/ Brian E. Farnan* | */s/ Jeremy D. Anderson* |
| Brian E. Farnan (#4089) | Jeremy D. Anderson (#4515) |
| Farnan LLP | Fish & Richardson P.C. |
| 919 North Market Street | 222 Delaware Ave., 17th Floor |
| 12th Floor | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 652-5070 |
| (302) 777-0300 | anderson@fr.com |
| (302) 777-0301 | |
| bfarnan@farnanlaw.com | *Attorney for Defendant* |

*Attorney for Plaintiff*

SO ORDERED this _____ day of _____, 2015.

_____
United States District Court Judge